ACCEPTED
14-14-01017-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/20/2015 9:37:25 AM
CHRISTOPHER PRINE
CLERK



# CITY OF HOUSTON
Legal Department

**Annise D. Parker**

Mayor

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/20/2015 9:37:25 AM
CHRISTOPHER A. PRINE
Clerk

Donna L. Edmundson
City Attorney
P.O. Box 368
Houston, Texas 77001-0368
City Hall Annex
900 Bagby, 4th Floor
Houston, Texas 77002

832.393.6491 - Telephone
832.393.6259 - Facsimile
www.houstontx.gov

October 20, 2015

*Via E-Filing*

Hon. Christopher A. Prine, Clerk
Fourteenth Court of Appeals
301 Fannin, Room 245
Houston, Texas 77002

Re:    No. 14-14-01017-CV; *Gatesco Q.M., Ltd. d/b/a Quail Meadows Apartments, a Texas Limited Partnership v. City of Houston*; in the Court of Appeals for the Fourteenth District of Texas at Houston

Dear Mr. Prine:

The undersigned will present oral argument for the City of Houston in this case, which is scheduled for argument before the Fourteenth Court of Appeals on October 28, 2015, at 1:30 pm.

Sincerely,

*/s/ Fernando De Leon*

Fernando De Leon
Senior Assistant City Attorney
832.393.6429
fernando.deleon2@houstontx.gov

cc:    *See attached Certificate of Service*

Council Members:  Brenda Stardig  Jerry Davis  Ellen R. Cohen  Dwight A. Boykins  Dave Martin  Richard Nguyen  Oliver Pennington  Edward Gonzalez
Robert Gallegos  Mike Laster  Larry V. Green  Stephen C. Costello  David W. Robinson  Michael Kubosh  C.O. "Brad" Bradford  Jack Christie

Controller:  Ronald C. Green

## Certificate of Service

I hereby certify that on October 20, 2015, a true and correct copy of the foregoing has been served on the parties below via e-service.

Steven D. Poock
P.O. Box 984
Sugar Land, Texas 77487
spoock@juno.com

Robert G. Gibson, Jr.
P.O. Box 387
Rosenberg, Texas 77487
rgglaw@juno.com

*Attorneys for Appellant*

/s/ *Fernando De Leon*
Fernando De Leon